| | |
|---|---|
| 1 | **RICHARD M. ROGERS, #045843**<br>**LAW OFFICE OF RICHARD M. ROGERS** |
| 2 | 100 Bush Street, #1980<br>San Francisco, CA 94104 |
| 3 | Telephone: 415/981-9788<br>Facsimile: 415/981-9798 |
| 4 | Email: RogersRMR@yahoo.com |
| 5 | Attorneys for Plaintiff<br>**JENNY L. DUBURG** |

**PETER A. MORSE,** *PRO HAC VICE*
**DAVID J. PRYZBYLSKI,** *PRO HAC VICE*
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: pmorse@btlaw.com
   David.Pryzbylski@btlaw.com

**SCOTT J. WITLIN, #137413**
**STEVE L. HERNANDEZ, #229065**
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310.284.3880
Facsimile: 310.284.3894
Email: switlin@btlaw.com
   shernandez@btlaw.com

Attorneys for Defendant
**DAWN FOOD PRODUCTS AKA**
**DAWN BAKERY SERVICE CENTER**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JENNY L. DUBERG, | ) | **Case No.: C11-06222 TEH [ECF]** |
| Plaintiff, | ) )  | Complaint filed: 12/12/11<br>Case reassigned: 03/15/12 |
| v. | ) ) | Trial date: TBA |
| DAWN FOOD PRODUCTS AKA DAWN BAKERY SERVICE CENTER, | ) ) ) | **STIPULATION TO MODIFY CAPTION/IDENTIFY PROPER PARTIES** |
| Defendant. | ) ) ) ) | |

STIPULATION TO MODIFY CAPTION/IDENTIFY PROPER PARTIES

1  The parties file this Stipulation to notify the Court that the parties have stipulated to change the caption of this case to identify the proper parties. The parties specifically have agreed to the following changes:

    1. Plaintiff's legal name is spelled as follows: Jenny L. DuBurg (and <u>not</u> "DuBerg"); and

    2. The proper Defendant in this matter is "Dawn Food Products, Inc." (and <u>not</u> "Dawn Food Products AKA Dawn Bakery Service Center").

Accordingly, the parties respectfully request that the caption of this case now be as follows: "Jenny L. DuBurg v. Dawn Food Products, Inc."

Dated: August 1, 2012        SCOTT J. WITLIN
                                    STEVE L. HERNANDEZ
                                    BARNES & THORNBURG LLP

                                    By      /s/Steve L. Hernandez
                                                  Steve L. Hernandez
                                    Attorney for Defendant
                                    DAWN FOOD PRODUCTS, INC.

Dated: August 1, 2012        RICHARD ROGERS
                                    LAW OFFICE OF RICHARD M. ROGERS

                                    By      /s/Richard M. Rogers
                                                  Richard M. Rogers
                                    Attorney for Plaintiff
                                    JENNY L. DUBERG

1  **[~~PROPOSED~~] ORDER**

3  Pursuant to the stipulation above, the Court now amends the caption to reflect the parties' proper
4  names. The Caption shall now be as follows:

| | | |
|---|---|---|
| JENNY L. DUBURG, | ) | **Case No.: C11-06222 TEH** |
| Plaintiff, | ) | |
| | ) | Complaint filed: 12/12/11 |
| v. | ) | Case reassigned: 03/15/12 |
| | ) | Trial date: TBA |
| DAWN FOOD PRODUCTS, INC., | ) | |
| Defendant. | ) | |

14  **IT IS SO ORDERED.**

16  Dated: 08/02/2012     By: _____
17                                    THE
                                    SENIOR JUDGE                           COURT
                                    Judge Thelton E. Henderson

2

STIPULATION TO MODIFY CAPTION/IDENTIFY PROPER PARTIES