| | |
|---|---|
| 1 | **RICHARD M. ROGERS, #045843** |
| | **LAW OFFICE OF RICHARD M. ROGERS** |
| 2 | 100 Bush Street, #1980 |
| | San Francisco, CA  94104 |
| 3 | Telephone:     415/981-9788 |
| | Facsimile:      415/981-9798 |
| 4 | Email:            RogersRMR@yahoo.com |

Attorneys for Plaintiff
**JENNY L. DUBURG**

**PETER A. MORSE,** *PRO HAC VICE*
**DAVID J. PRYZBYLSKI,** *PRO HAC VICE*
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: pmorse@btlaw.com
          David.Pryzbylski@btlaw.com

**SCOTT J. WITLIN, #137413**
**STEVE L. HERNANDEZ, #229065**
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone:     310.284.3880
Facsimile:      310.284.3894
Email:            switlin@btlaw.com
                      shernandez@btlaw.com

Attorneys for Defendant
**DAWN FOOD PRODUCTS AKA**
**DAWN BAKERY SERVICE CENTER**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY L. DUBERG, | ) | **Case No.:  C11-06222 TEH [ECF]** |
| | ) | |
| Plaintiff, | ) | Complaint filed:        12/12/11 |
| | ) | Case reassigned:       03/15/12 |
| v. | ) | Trial date:                 TBA |
| | ) | |
| DAWN FOOD PRODUCTS AKA DAWN BAKERY SERVICE CENTER, | ) | |
| | ) | **STIPULATION TO MODIFY** |
| | ) | **CAPTION/IDENTIFY PROPER PARTIES** |
| Defendant. | ) | |
| | ) | |

The parties file this Stipulation to notify the Court that the parties have stipulated to change the caption of this case to identify the proper parties. The parties specifically have agreed to the following changes:

1. Plaintiff's legal name is spelled as follows: Jenny L. DuBurg (and <u>not</u> "DuBerg"); and
2. The proper Defendant in this matter is "Dawn Food Products, Inc." (and <u>not</u> "Dawn Food Products AKA Dawn Bakery Service Center").

Accordingly, the parties respectfully request that the caption of this case now be as follows: "Jenny L. DuBurg v. Dawn Food Products, Inc."

Dated: August 1, 2012

SCOTT J. WITLIN
STEVE L. HERNANDEZ
BARNES & THORNBURG LLP

By       /s/Steve L. Hernandez
              Steve L. Hernandez
Attorney for Defendant
DAWN FOOD PRODUCTS, INC.

Dated: August 1, 2012

RICHARD ROGERS
LAW OFFICE OF RICHARD M. ROGERS

By       /s/Richard M. Rogers
              Richard M. Rogers
Attorney for Plaintiff
JENNY L. DUBERG

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation above, the Court now amends the caption to reflect the parties' proper names. The Caption shall now be as follows:

| | |
|---|---|
| JENNY L. DUBURG, | ) **Case No.: C11-06222 TEH** |
| Plaintiff, | ) |
| | ) Complaint filed:  12/12/11 |
| v. | ) Case reassigned:  03/15/12 |
| | ) Trial date:  TBA |
| DAWN FOOD PRODUCTS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**IT IS SO ORDERED.**

Dated: __08/02/2012__          By: _____
                                                    THE
                                        SENIOR JUDGE                    COURT

                                        *Judge Thelton E. Henderson*

---
2
STIPULATION TO MODIFY CAPTION/IDENTIFY PROPER PARTIES