| | |
|---|---|
| 1 | **RICHARD M. ROGERS, #045843** |
|   | **LAW OFFICE OF RICHARD M. ROGERS** |
| 2 | 100 Bush Street, #1980 |
|   | San Francisco, CA 94104 |
| 3 | Telephone:    415/981-9788 |
|   | Facsimile:    415/981-9798 |
| 4 | Email:    RogersRMR@yahoo.com |

Attorneys for Plaintiff
*Jenny L. DuBurg*

**PETER A. MORSE,** *PRO HAC VICE*
**DAVID J. PRYZBYLSKI,** *PRO HAC VICE*
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: pmorse@btlaw.com
       David.Pryzbylski@btlaw.com

**SCOTT J. WITLIN, #137413**
**STEVE L. HERNANDEZ, #229065**
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone:    310.284.3880
Facsimile:    310.284.3894
Email:    switlin@btlaw.com
          shernandez@btlaw.com

Attorneys for Defendant
*Dawn Food Products Inc.,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. DUBURG, | Case No.: 3:11-CV-06222-TEH |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO EXTEND THE MEDIATION DEADLINE** |
| v. | |
| DAWN FOOD PRODUCTS, INC., | |
| Defendant. | Complaint filed:    12/12/11 |
|  | Case reassigned:    03/15/12 |
|  | Trial date:    TBA |

STIPULATION AND (PROPOSED) ORDER TO EXTEND THE MEDIATION DEADLINE

The parties file this Stipulation to notify the Court that the parties have stipulated to an extension of the mediation deadline. The Court set a mediation hearing in this matter for September 27, 2012, at 9:00 AM at the office of the mediator, Margaret Hart Edwards. The parties, however, are still in the process of obtaining records from third parties, namely Plaintiff's medical records, that are necessary to complete Plaintiff's deposition. The parties have rescheduled Plaintiff's deposition for December 13, 2012, which is a date that works for Plaintiff's work schedule and counsel's respective schedules as well. The parties have agreed to schedule the mediation for this matter on December 14, 2012, after Plaintiff's deposition, and the mediator likewise has agreed to this date. The parties also are working to schedule the deposition of at least six employees of defendant. This extension of time will not alter any other case management deadlines set by the Court, and the parties are working diligently on completing discovery.

Dated: September 27, 2012

STEVE L. HERNANDEZ
BARNES & THORNBURG LLP

By          /s/Steve L. Hernández
Steve L. Hernández
Attorneys for Defendant
DAWN FOOD PRODUCTS, INC.

Dated: September 27, 2012

RICHARD ROGERS
LAW OFFICE OF RICHARD M. ROGERS

By          /s/ Richard M. Rogers
Richard M. Rogers
Attorney for Plaintiff
JENNY L. DUBURG

STIPULATION AND (PROPOSED) ORDER TO EXTEND THE MEDIATION DEADLINE

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation above, the Court now hereby extends the mediation deadline in this case to be on or before December 14, 2012.

**It Is So Ordered.**

Dated: 09/28/2012    By: 

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT COURT