RICHARD M. ROGERS, #045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: 415/981-9788
Facsimile: 415/981-9798
Email: RogersRMR@yahoo.com

Attorneys for Plaintiff
*Jenny L. DuBurg*

PETER A. MORSE, *PRO HAC VICE*
DAVID J. PRYZBYLSKI, *PRO HAC VICE*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: pmorse@btlaw.com
       David.Pryzbylski@btlaw.com

SCOTT J. WITLIN, #137413
STEVE L. HERNANDEZ, #229065
BARNES & THORNBURG LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310.284.3880
Facsimile: 310.284.3894
Email: switlin@btlaw.com
       shernandez@btlaw.com

Attorneys for Defendant
*Dawn Food Products Inc.*,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. DUBURG,<br><br>         Plaintiff,<br><br>    v.<br><br>DAWN FOOD PRODUCTS, INC.,<br><br>         Defendant. | Case No.: 3:11-CV-06222-TEH<br><br>**STIPULATION AND (~~PROPOSED~~)**<br>**ORDER TO EXTEND THE MEDIATION**<br>**DEADLINE**<br><br>Complaint filed:    12/12/11<br>Case reassigned:   03/15/12<br>Trial date:         TBA |

1  The parties file this Stipulation to notify the Court that the parties have stipulated to an
2  extension of the mediation deadline. The Court set a mediation hearing in this matter for September
3  27, 2012, at 9:00 AM at the office of the mediator, Margaret Hart Edwards. The parties, however, are
4  still in the process of obtaining records from third parties, namely Plaintiff's medical records, that are
5  necessary to complete Plaintiff's deposition. The parties have rescheduled Plaintiff's deposition for
6  December 13, 2012, which is a date that works for Plaintiff's work schedule and counsel's respective
7  schedules as well. The parties have agreed to schedule the mediation for this matter on December 14,
8  2012, after Plaintiff's deposition, and the mediator likewise has agreed to this date. The parties also
9  are working to schedule the deposition of at least six employees of defendant. This extension of time
10 will not alter any other case management deadlines set by the Court, and the parties are working
11 diligently on completing discovery.

15 Dated: September 27, 2012          STEVE L. HERNANDEZ
                                      BARNES & THORNBURG LLP

17                                    By      /s/Steve L. Hernández
                                           Steve L. Hernández
                                           Attorneys for Defendant
18                                         DAWN FOOD PRODUCTS, INC.

20 Dated: September 27, 2012          RICHARD ROGERS
                                      LAW OFFICE OF RICHARD M. ROGERS

23                                    By      /s/ Richard M. Rogers
                                      Richard M. Rogers
                                      Attorney for Plaintiff
24                                    JENNY L. DUBURG

[~~PROPOSED~~] ORDER

Pursuant to the stipulation above, the Court now hereby extends the mediation deadline in this case to be on or before December 14, 2012.

**It Is So Ordered.**

Dated: 09/28/2012        By: 

THE
SENIOR                  DISTRICT COURT

2
STIPULATION AND (PROPOSED) ORDER TO EXTEND THE MEDIATION DEADLINE