**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@yahoo.com

Attorneys for Plaintiff
**JENNY L. DUBURG**

**PETER A. MORSE,** *PRO HAC VICE*
**RICHARD P. WINEGARDNER,** *PRO HAC VICE*
**DAVID J. PRYZBYLSKI,** *PRO HAC VICE*
**BARNES & THORNBURG LLP**
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: pmorse@btlaw.com
       Richard.Winegardner@btlaw.com
       David.Pryzbylski@btlaw.com

**SCOTT J. WITLIN, #137413**
**STEVE L. HERNANDEZ, #229065**
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone:    310.284.3880
Facsimile:    310.284.3894
Email:        switlin@btlaw.com
              shernandez@btlaw.com

Attorneys for Defendant
**DAWN FOOD PRODUCTS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. DUBURG, | ) **Case No.: C11-06222 TEH** |
| | ) |
| Plaintiff, | ) Complaint filed:    12/12/11 |
| | ) Case reassigned:    03/15/12 |
| v. | ) Trial date:           TBA |
| | ) |
| DAWN FOOD PRODUCTS, INC., | ) **STIPULATION TO DISMISSAL OF** |
| | ) **ACTION; ORDER** |
| Defendant. | ) |
| | ) |

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated:___April 4, 2013_____          LAW OFFICE OF RICHARD M. ROGERS

By:_____/s/ Richard M. Rogers_____
           RICHARD M. ROGERS[1]
           Attorneys for Plaintiff

Dated:___April 4, 2013_____          BARNES & THORNBURG LLP

By:___/s/ Richard P. Winegardner_____
           RICHARD P. WINEGARDNER
           Attorneys for Defendant

**IT IS SO ORDERED**

Dated: ____04/04/2013_____          By:_____
                                                THE
                                           UNITED STATES DISTRICT JUDGE
                                           Judge Thelton E. Henderson

---

[1] By Richard P. Winegardner, pursuant to Civil L.R. 5-1(i)(3), Mr. Rogers consented to his signature hereon via telephone on April 3, 2013.

CASE NO. C11-06222 TEH  --  STIPULATION TO DISMISSAL OF ACTION; ORDER