1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **JENNY L. DUBURG**
6
   **PETER A. MORSE,** *PRO HAC VICE*
7  **RICHARD P. WINEGARDNER,** *PRO HAC VICE*
   **DAVID J. PRYZBYLSKI,** *PRO HAC VICE*
8  **BARNES & THORNBURG LLP**
   11 S. Meridian Street
9  Indianapolis, Indiana 46204
   Telephone: (317) 236-1313
10 Facsimile: (317) 231-7433
   Email: pmorse@btlaw.com
11        Richard.Winegardner@btlaw.com
          David.Pryzbylski@btlaw.com
12

13 **SCOTT J. WITLIN, #137413**
   **STEVE L. HERNANDEZ, #229065**
14 **BARNES & THORNBURG LLP**
   2049 Century Park East, Suite 3550
15 Los Angeles, CA 90067
   Telephone:    310.284.3880
16 Facsimile:    310.284.3894
   Email:        switlin@btlaw.com
17               shernandez@btlaw.com

18 Attorneys for Defendant
   **DAWN FOOD PRODUCTS, INC.**
19

20              **UNITED STATES DISTRICT COURT**

21              **NORTHERN DISTRICT OF CALIFORNIA**

22

23 | JENNY L. DUBURG,           | ) | Case No.:  C11-06222 TEH |
   |                            | ) |                          |
24 | Plaintiff,                 | ) | Complaint filed:   12/12/11 |
   |                            | ) | Case reassigned:   03/15/12 |
25 | v.                         | ) | Trial date:        TBA |
   |                            | ) |                          |
26 | DAWN FOOD PRODUCTS, INC.,  | ) | **STIPULATION TO DISMISSAL OF ACTION; ORDER** |
   |                            | ) |                          |
27 | Defendant.                 | ) |                          |
   |                            | ) |                          |
28

CASE NO. C11-06222 TEH  --  STIPULATION TO DISMISSAL OF ACTION; ORDER

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Respectfully submitted,

Dated:___April 4, 2013_____   LAW OFFICE OF RICHARD M. ROGERS

By:_____/s/ Richard M. Rogers_____
RICHARD M. ROGERS[1]
Attorneys for Plaintiff

Dated:___April 4, 2013_____   BARNES & THORNBURG LLP

By:___/s/ Richard P. Winegardner_____
RICHARD P. WINEGARDNER
Attorneys for Defendant

**IT IS SO ORDERED**

Dated: 04/04/2013   By: _____
Judge Thelton E. Henderson

---

[1] By Richard P. Winegardner, pursuant to Civil L.R. 5-1(i)(3), Mr. Rogers consented to his signature hereon via telephone on April 3, 2013.

CASE NO. C11-06222 TEH -- STIPULATION TO DISMISSAL OF ACTION; ORDER